ELLIOTT v. GILMORE et al.

(Circuit Court, E. D. Pennsylvania. May 17, 1906.)

No. 60.

TRIAL—AMENDMENT OF VERDICT BY COURT—ADDITION OF INTEREST.

A verdict may be amended by the court by the addition of interest where it is conclusively shown by the affidavit of all of the jurors that it was their intention that interest should be computed on the amount awarded from a prior date.

[Ed. Note.—For cases in point, see vol. 46, Cent. Dig. Trial, § 799.]

On Motion to Amend Verdict.

Keator & Johnson, for plaintiff.
Albert B. Weimer and John G. Johnson, for defendants.

HOLLAND, District Judge. It is very evident that the jury in this case intended to render a verdict in favor of the plaintiff for $2,500, with interest from the 1st day of July, 1902, to the date of the rendition of the verdict, which was April 20, 1906, so that the verdict should have been for $3,070.40 instead of $2,500. The verdict was rendered late in the day, and the jury separated. The following day, however, all the jurors signed an affidavit that it was their intention that the verdict should be for $2,500, with interest thereon from July 1, 1902. Under the circumstances we are of the opinion

that the court is authorized to correct the verdict to conform to the intention of the jury. Burlingame v. Central Railway (C. C.) 23 Fed. 706; Cope v. Kidney, 115 Pa. 228, 8 Atl. 836; Murphy v. Stewart, 43 U. S. 263, 11 L. Ed. 261.

The order of the court, therefore, is that judgment be entered in favor of the plaintiff, Thomas I. Elliott, and against the defendants, John O. Gilmore and Charles T. Schoen, for the sum of $3,070.40.